UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

Bruce Kendall Florence III
(Write the full name of the plaintiff)

vs. Chevron Gas Station
5200 W Sample Rd Margate, FL

Monarch Station - Apartment Homes
4901 W Sample Rd Coconut Creek FL
(Write the full name of the defendant/s in this case)

FILED BY \_\_MC\_\_ D.C.

MAY 11 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: Bruce K. Florence III
   Address: 4957 W Sample Rd Coconut Creek, FL
   Inmate/Prison No.: L59635 / 512300114
   Year of Birth: 1986 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Chevron Gas Station   Defendant: Monarch Station - Aapartments
   Official Position: Management/owner   Official Position: Management/owner
   Place of Employment: Margate FL   Place of Employment: Coconut Creek FL

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Failure to Meet Building code Standards for Security measures according to Family member of U.S. Senator Mitch Mcconell being Attacked inside Store. 3/10/23 Public endangerment & Personal injury - chevron I'm Suing for Discrimination anginist religon & race as well as that Fact that I am a Handicap. I have a right to live where I will and Monarch Apartments Management has been Harassing Me & my Mother the entire time

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I would like the court to Grant me puenative damages in the amout of $100,000 one hundred thousand dollars per defendant for discrimination for me and my Families troubles and to be treated Fairly with respect.

Attached pages 1A, & 1B

A Spottswood Company

Civil Rights Act 42 USC 1983
Southern District of Florida United States

Bruce K. Florence III - Plaintiff
  Sueing For $200,000.
       vs.
Chevron Gas Station and    - Defendant
Monarch Station Apartments  - Defendant

Continued From Section III page 2
  in Application.

In order to lobby to Congress you have to have family in the House of representatives. Law makers are always vonerable to Attack and Discrimination as well as their family members due to their polical party. This is the reason they are protected. This is the Foundation of Law.

The office of Honorable Mack David Wilson was Notified of this discrimination as well as The catholic church by U.S. Mail. 110 NE 62 St        506 Fleming St
         Miami, Fl 33138    Key West, FL 33040

page 1A                                     —>

## IV. Jury Demand

Are you demanding a jury trial?   ✔ Yes   ___ No

Signed this 5th day of May, 2023

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: March 10 2023

_____
Signature of Plaintiff

B. Flores
Main-Spain 100 S Andrews Ave
Fort Lauderdale, FL 33301

MIAMI FL 330
8 MAY 2023 PM 1 L
FOREVER USA
Barn Swallow

Clerks office
400 North Miami Ave
Suite 8N09, Miami FL
33128-7716

33128-771699